ROBERT A. DOLINKO (State Bar No. 076256)
radolinko@thelen.com
DEBORAH R. SCHWARTZ (State Bar No. 208934)
drschwartz@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street; Suite 1800
San Francisco, CA 94105
Telephone:  (415) 371-1200
Facsimile:   (415) 371-1211

Attorneys for Defendants
WHITE CAP CONSTRUCTION SUPPLY, INC.
And HD SUPPLY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROJAS,<br><br>              Plaintiff,<br><br>v.<br><br>WHITE CAP CONSTRUCTION SUPPLY,<br>INC. and HD SUPPLY INC.<br><br>              Defendants. | Case No.: C 08-03886 WDB<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

*Alex Rojas v. White Cap Construction Supply, Inc. and HD Supply Inc.*

## PROOF OF SERVICE BY MAIL

USDC Northern District of California Case No. C 08-03886 WDB

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California by Thelen Reid Brown Raysman & Steiner LLP. My business address is 101 Second Street, Suite 1800, San Francisco, California 94105.

On August 18, 2008, I served the following entitled document:

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (includes CASE SCHEDULE-ADR MULTI-OPTION PROGRAM; STANDING ORDER FOR THE HONORABLE U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL and STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT);**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE;**

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

**CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA;**

**ECF REGISTRATION INFORMATION HANDOUT; and**

**LOCATION GUIDE TO COURT OFFICES**

by placing a true and correct copy thereof in a sealed envelope addressed as follows:

> Michael Hoffmann, Esq.
> Hoffmann Employment Lawyers, LLP
> 100 Pine Street, Suite 1550
> San Francisco, CA 94111

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for

collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business.  And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on August 18, 2008, at San Francisco, California.

                                        /s/ _____
                                            Angela Balestrieri