1  HOFFMAN EMPLOYMENT LAWYERS, LLP
   MICHAEL HOFFMAN SBN 154481
2  BARBARA FIGARI SBN 251942
   100 Pine Street, Suite 1550
3  San Francisco, CA 94111
   Tel   (415) 362-1111
4  Fax   (415) 362-1112
   Email: mhoffman@employment-lawyers.com
5
   Attorneys for Plaintiff
6
   Alex Rojas
7
              US DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
8
                                  OAKLAND DIVISION
9

10
   ALEX ROJAS,                        )   CASE NO: CIV08 3886 WDB
11                                    )
         Plaintiff,                   )   **PLAINTIFF'S REQUEST FOR JUDICIAL**
12                                    )   **NOTICE IN SUPPORT OF MOTION FOR**
   vs.                                )   **ORDER REMANDING CASE TO STATE**
13                                    )   **COURT AND AWARDING COSTS AND**
                                      )   **ATTORNEY'S FEES TO PLAINTIFF**
14 WHITE CAP CONSTRUCTION SUPPLY,     )   [ 28 U.S.C. Section 1447; FRCP 12(h)(3)]
   INC, and HD SUPPLY, Inc.           )
15                                    )   DATE: October 1, 2008
         Defendants.                  )   TIME: 1:30 pm
16                                    )   PLACE: Courtroom 4, 3rd Floor.
                                      )
17                                    )
                                      )
18                                    )
                                      )
19 _____)

20       Plaintiff respectfully requests the Court to take judicial notice of the items described below,
21 under Rule 201 of the Federal Rules of Evidence. Specifically, Plaintiff requests that the
22 Court take judicial notice of the existence and contents of the attached Exhibit "A", which
23
24 contains true and correct copies of store information documents from White Cap's web site.
25       This Court is authorized to take judicial notice of Exhibit "A" because the
26 documents are generally known within the territorial jurisdiction of this Court and are
27 capable of accurate and ready determination by resort to sources whose accuracy could not
28

-1-
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR ORDER REMANDING CASE TO
STATE COURT AND AWARDING COSTS AND ATTORNEYS' FEES TO PLAINTIFF

reasonably be questioned, which therefore permits judicial notice of facts and propositions contained in these web site documents that are not reasonably subject to dispute and are capable of immediate and accurate determination by resort to sources of reasonably indisputable accuracy.

    As these documents are not reasonably subject to dispute and are capable of immediate and accurate determination by resort to sources of reasonably indisputable accuracy, Plaintiff requests that the Court take Judicial Notice of them.

DATED: August 20, 2008                        MICHAEL HOFFMAN

*[signature]*

Attorneys for Plaintiff





**New Branches Now Open**
CINCINNATI, OH
CONWAY, SC
ELK GROVE VILLAGE, IL
GOODYEAR, AZ
GREENSBORO, NC

### Pacific Northwest

HILLSBORO, OR
KENT, WA
MARYSVILLE, WA
PORTLAND, OR
SEATTLE, WA
SPOKANE, WA
TACOMA, WA

### Rocky Mountain

AURORA, CO
CHEYENNE, WY
COLORADO SPRINGS, CO (1)
COLORADO SPRINGS, CO (2)
DENVER, CO (2)
ENGLEWOOD, CO
FORT COLLINS, CO
GRAND JUNCTION, CO
OGDEN, UT
OREM, UT
SALT LAKE CITY, UT

### Mid West

CEDAR RAPIDS, IA
CINCINNATI, OH
CLEVELAND, OH
COLUMBUS, OH
DAVENPORT, IA
DES MOINES, IA
ELK GROVE VILLAGE, IL
FORT WAYNE, IN
GILBERTS, IL
INDIANAPOLIS, IN
INDIANAPOLIS, IN (2)
IOWA CITY, IA
KANSAS CITY, MO
LINCOLN, NE
LOUISVILLE, KY
MOKENA, IL
OMAHA, NE - DC
SCHERERVILLE, IN
SPRINGDALE, AR
SPRINGFIELD, MO
TOLEDO, OH
VALPARAISO, IN

### Northern California

BAKERSFIELD, CA
CONCORD, CA
DUBLIN, CA
FAIRFIELD, CA
FRESNO, CA
LIVERMORE, CA
NORTH HIGHLANDS, CA
RANCHO CORDOVA, CA
ROSEVILLE, CA
SALINAS, CA
SAN FRANCISCO, CA
SAN JOSE, CA
SAN LEANDRO, CA
SANTA ROSA, CA
SPARKS, NV
STOCKTON, CA

### Southern California

ANAHEIM, CA
CHATSWORTH, CA
CHULA VISTA, CA
EL CAJON, CA
MARINA DEL REY, CA
MONTEBELLO, CA
ONTARIO, CA
PALM DESERT, CA
PARAMOUNT, CA
RIVERSIDE, CA
SAN DIEGO, CA
SAN JUAN CAPISTRANO
SAN MARCOS, CA
SANTA ANA, CA
SANTA CLARITA, CA
SANTA MARIA, CA
TEMECULA, CA
VENTURA, CA

### South West

ALBUQUERQUE, NM
ALLEN, TX
APACHE JUNCTION, AZ
AUSTIN, TX
AUSTIN, TX (2)
BEAUMONT, TX
DALLAS, TX
EL PASO, TX
FORT WORTH, TX
GILBERT, AZ
GOODYEAR, AZ
HENDERSON, NV
HOUSTON, TX
HOUSTON, TX (2)
HOUSTON, TX (3)
IRVING, TX
LA PORTE, TX
LAS VEGAS, NV
NORTH LAS VEGAS, NV
NORTH PHOENIX, AZ
PHARR, TX
PHOENIX, AZ
SAN ANTONIO, TX
SAN ANTONIO, TX (2)
ST. GEORGE, UT
TUCSON, AZ
TUCSON, AZ (2)

### Mid Atlantic

BALTIMORE, MD
CHARLOTTE, NC (2)

### South East

ATLANTA, GA
ATLANTA, GA (3)
CARTERSVILLE,

### Hawaii

HILO, HI
HONOLULU, HI
KAHULUI, HI

| | |
|---|---|
| GREENSBORO, NC | GA |
| HYATTSVILLE, MD | CHARLOTTE, NC |
| LANDOVER, MD | CLEARWATER, FL |
| NORTH CHARLESTON, SC (2) | CONWAY, SC |
| | CUMMING, GA |
| RALEIGH, NC (3) | DAYTONA BEACH, FL |
| RICHMOND, VA | FAIRBURN, GA |
| RICHMOND, VA (2) | FORT MYERS, FL |
| SPRINGFIELD, VA | FORT MYERS, FL (2) |
| | GAINESVILLE, FL |
| | GARDEN CITY, GA |
| | GREENVILLE, SC |
| | GULFPORT, MS |
| | JACKSONVILLE, FL |
| | LAKELAND, FL |
| | MACON, GA |
| | MARTINEZ, GA |
| | MELBOURNE, FL |
| | MIAMI, FL (2) |
| | NAPLES, FL |
| | OCALA, FL |
| | ORLANDO, FL |
| | ORLANDO, FL (2) |
| | ORLANDO, FL (3) |
| | PANAMA CITY, FL |
| | POMPANO BEACH, FL |
| | RALEIGH, NC (2) |
| | SARASOTA, FL |
| | SARASOTA, FL (2) |
| | SULPHUR, LA |
| | TAMPA, FL |
| | TAMPA, FL (2) |
| | WILMINGTON, NC |
| | WINTER PARK, FL |









Questions, problems or suggestions
regarding this web site should be directed to:
customerservice@whitecap.net

Copyright® 2000 White Cap Construction Supply. All rights reserved.
Privacy Policy | Terms of Use

