1  ROBERT A. DOLINKO, SBN 076256
   radolinko@nixonpeabody.com
2  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
3  San Francisco, CA 94111
   Telephone: (415) 984-8200
4  Facsimile:  (415) 984-8300

5  Attorneys for Defendants
   WHITE CAP CONSTRUCTION SUPPLY, INC.
6  and HD SUPPLY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROJAS,<br><br>                  Plaintiff,<br><br>v.<br><br>WHITE CAP CONSTRUCTION SUPPLY,<br>INC. and HD SUPPLY INC.<br><br>                  Defendants. | Case No.: C 08-3886 WDB<br><br>**SUBSTITUTION OF ATTORNEYS** |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that Defendants White Cap Construction Supply, Inc. and Hd Supply Inc. hereby substitute in as counsel of record Nixon Peabody LLP, One Embarcadero Center, 18th Floor, San Francisco, CA, 94111-3600, Telephone: 415-984-8200, Facsimile: 415-984-8300, in the place and stead of Thelen LLP.

I consent to this substitution.

WHITE CAP CONSTRUCTION SUPPLY, INC.
and HD SUPPLY INC.

Dated: November 24, 2008

_Susan V. Stucker_
By: Susan Stucker

SF #1589748 v1                                     -1-
                               SUBSTITUTION OF ATTORNEYS

1  I consent to this substitution.
2
3                                              THELEN LLP
4
   Dated: November 24, 2008
5                                              By: Deborah Schwartz
                                                   Deborah Schwartz
6
7  Nixon Peabody LLP accepts this substitution.
8
9  Dated: November 25, 2008                    NIXON PEABODY LLP
10
11
                                               By: Robert A. Dolinko
12                                                 Robert Dolinko
                                                   Attorneys for Defendants
13                                                 WHITE CAP CONSTRUCTION SUPPLY, INC.
                                                   and HD SUPPLY INC.
14
15  It is So Ordered
16
17  December 1, 2008
18
                                               Wayne D. Brazil
19                                             United States Magistrate Judge
20
21
22
23
24
25
26
27
28

SF #1589748 v1                          -2-                    Case No. C 08-3886 WDB
                                SUBSTITUTION OF ATTORNEYS