1  MICHAEL HOFFMAN, SBN 154481
   HOFFMAN EMPLOYMENT LAWYERS, LLP
2  mhoffman@employment-lawyers.com
   100 Pine Street, Suite 1550
3  San Francisco, Ca 94111
   Telephone: (415) 362-1111
4  Facsimile: (415) 362-1112

5  Attorneys for Plaintiff
   ALEX ROJAS
6

7  ROBERT A. DOLINKO, SBN 076256
   DEBORAH R. SCHWARTZ, SBN 208934
8  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
9  San Francisco, CA 94111
   Telephone: (415) 984-8200
10 Facsimile: (415) 984-8300
   rdolinko@nixonpeabody.com
11 dschwartz@nixonpeabody.com

12 Attorneys for Defendants
   WHITE CAP CONSTRUCTION SUPPLY, INC.
13 and HD SUPPLY INC.

14
                  UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16

17

18 ALEX ROJAS,                          Case No.: C 08-3886 WDB

19            Plaintiff,                **STIPULATION OF DISMISSAL WITH
                                        PREJUDICE AND [PROPOSED] ORDER
20 v.                                   THEREON**

21 WHITE CAP CONSTRUCTION SUPPLY,       F.R.C.P. Rule 41(a)(1)(i)
   INC. and HD SUPPLY INC.
22

23            Defendants.

24

25

26

27

28

12297948.1                           -1-
STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON

1  IT IS HEREBY STIPULATED by and between the undersigned Plaintiff Alex Rojas and
2  Defendants White Cap Construction Supply, Inc. and HD Supply Inc., through their counsel of
3  record, and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, that this entire
4  action is dismissed with prejudice, each party to bear his/its own costs and attorneys' fees.

The Court shall retain jurisdiction only to enforce the parties' settlement.

Date: December 30, 2008

/s/
Michael Hoffman
Attorney for Plaintiff
ALEX ROJAS

Date: December 30, 2008

/s/
Deborah R. Schwartz
Attorney for Defendants
WHITE CAP CONSTRUCTION SUPPLY, INC.
and HD SUPPLY INC.

IT IS SO ORDERED.

Date: 1/2/09

Magistrate Judge Wayne D. Brazil
United States District Court